No. 369. George E. Truman, County Treasurer, J. C. Callaghan, Treasurer, et al. v. Walter J. Thalheimer, Trustee. October 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Messrs. John W. Murphy and Earl Anderson for petitioners. Mr. Henderson Stockton for respondent.

No. 371. Atlantic Lighterage Corporation v. Ernest Soderberg, managing owner of the barge Alert, and Cunard Steamship Company, Ltd. October 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Messrs. Pierre M. Brown and Horace L. Cheyney for petitioner. Mr. George DeForest Lord for respondent.

No. 372. William McCully v. Monongahela Railroad Company. October 24, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. Mr. William McCully, pro se. Messrs. Frederic D. McKenney, John S. Flannery, and Robert D. Dalzell for respondent.

No. 373. Franklin County, Arkansas, v. Harriman National Bank; and

No. 374. Franklin County, Arkansas, v. Sullivan County National Bank. October 24, 1927. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Messrs. Thomas B. Pryor and Vincent M. Miles for petitioner. No appearance for respondents.

No. 377. M. B. Siegel, Inc. v. City of Chicago. October 24, 1927. Petition for a writ of certiorari to